UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**PEEK-A-BOO LOUNGE OF
BRADENTON, INC.;** *et al.,*

**Plaintiffs,**

vs.                                                                 Case No.: 8:05-CV-1707-T-27TBM

**MANATEE COUNTY, FLORIDA,**
a political subdivision of the State of Florida,

**Defendant.**
_____/

## ORDER

**BEFORE THE COURT** is the Plaintiff's Unopposed Motion to Reschedule Status Conference and Alternative Unopposed Motion to Stay Proceedings (Dkt. 57). The Court deferred ruling on the alternative motion to stay, pending a status conference. A status conference was conducted on January 15, 2008. It appearing that an appeal before the 11th Circuit in Case No. 07-14955F, *5634 East Hillsborough Avenue, et. al,. v. Hillsborough County, Florida,* is pending with substantially similar issues to those in this case, and counsel for the parties having confirmed that any decision in that appeal would have a substantial impact on the merits of the pending summary judgment motion (Dkt. 31) in this case, in the interest of judicial economy, it is **ORDERED:**

Plaintiff's Unopposed Motion to Reschedule Status Conference and Alternative Unopposed Motion to Stay Proceedings (Dkt. 57) is **GRANTED.** This case is stayed pending a decision by the 11th Circuit in Case No. 07-14955F, *5634 East Hillsborough Avenue, et. al,. v. Hillsborough County, Florida.* Counsel shall file a notice with this Court of any decision in that case.

Further, the Clerk is directed to ADMINISTRATIVELY CLOSE this case, subject to being re-opened on motion of either party, without payment of an additional filing fee. Manatee County's Motion for Summary Judgment (Dkt. 31) and Motion to Strike Affidavits (Dkt. 47) are **DENIED without prejudice.** These motions may be renewed by Manatee County after the stay has been lifted by filing a notice of renewed motions, without the necessity of refiling the motions.

Both parties are granted leave to supplement the Motion for Summary Judgment and response in opposition with a discussion of the decision in 11th Circuit Case No. 07-14955F, *5634 East Hillsborough Avenue, et. al,. v. Hillsborough County, Florida* and any other case decided after this stay becomes effective by the 11th Circuit or any other court relevant to the issues.

**DONE AND ORDERED** this 15th day of January, 2008.

JAMES D. WHITTEMORE
United States District Judge

Copies to:
Counsel of Record